UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re:       )
  **William Davis Taylor, Jr.**       )     NOTICE TO CREDITORS
  **Bonnie Kay Norman Taylor**       )     AND
             )     PROPOSED PLAN
SS#  **xxx-xx-2580**       )
SS#  **xxx-xx-7973**       )     Case No. _____
             Debtor(s)       )

**The Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on __.**

**THE FILING AUTOMATICALLY STAYS COLLECTION AND OTHER ACTIONS AGAINST THE DEBTOR(S), DEBTOR(S)' PROPERTY AND CERTAIN CO-DEBTORS. IF YOU ATTEMPT TO COLLECT A DEBT OR TAKE OTHER ACTION IN VIOLATION OF THE BANKRUPTCY STAY, YOU MAY BE PENALIZED.**

**OFFICIAL NOTICE WILL BE SENT TO CREDITORS GIVING THE NAME AND ADDRESS OF THE TRUSTEE, THE DATE AND TIME OF THE MEETING OF CREDITORS, AND THE DEADLINE FOR OBJECTING TO THE PLAN.**

**A CREDITOR MUST TIMELY FILE A PROOF OF CLAIM WITH THE TRUSTEE IN ORDER TO RECEIVE DISTRIBUTIONS UNDER THE PLAN.**

The Debtor(s) propose an initial plan, which is subject to modification, as follows:

1.   Payments to the Trustee: The Debtor(s) propose to pay from future earnings his/her/their disposable income to the Trustee for a period of **60** consecutive months by means of monthly payments of **$1,400.00**, for distribution to creditors after payment of costs of administration.

2.   Payments made directly to creditors: The Debtor(s) propose to make regular monthly payments directly to the following creditors:

| | Creditor | Collateral and Valuation |
|---|---|---|
| (A) | **Branch Banking & Trust Co.** | **Residence: 3607 Thomasville Rd, Winston Salem NC**<br>**Market Value= $90,000.00** |

3.   Disbursements by the Trustee: The Debtor proposes that the Trustee make the following distributions to creditors after payment of costs of administration as follows:

(A)   The following priority claims shall be paid in full by means of deferred payment:
      **-NONE-**

(B)   The following secured creditors shall receive their regular monthly payment:

| Creditor | Collateral and Value | Monthly Payment |
|---|---|---|
| **-NONE-** | | |

(C)   The following creditors shall have their regular payment modified under the proposed plan:

| Creditor | Collateral and Value | Monthly Payment As Modified |
|---|---|---|
| **Helzberg/Capital One Retail Svcs** | **Misc. jewelry  Market Value= $200.00** | **$200.00 @ 5.25% prorata** |
| **Ally Financial** | **2013 Chrysler 300 [10,455+ miles]**<br>**Market Value= $24,750.00** | **AP = $245.00**<br>**$19,400.00 @ 5.25% prorata** |

(D)   The following co-signed claims shall be paid in full by monthly payments:
      **-NONE-**

(E)   The following secured creditors shall be paid on their arrearage claims by means of monthly payments:

| Creditor | Collateral | Monthly Arrearage Payment |
|---|---|---|
| **-NONE-** | | |

(F) After payment of allowed cost of administration, priority and secured claims, the balance of the funds paid to the Trustee shall be paid to allowed general unsecured claims. The exact amount available for unsecured creditors cannot be determined until all claims are filed and allowed, however, at this time it is anticipated that the return to unsecured creditors will be not less than __0__ % and is estimated to be __100__ %.

4. <u>Property to be surrendered</u>: The following property will be returned to the secured creditor:

<u>Creditor</u>                                    <u>Collateral</u>
**-NONE-**

(name of creditor and description of property)

5. The Debtor(s) has the following executory contracts and/or leases which will be assumed or rejected as herein indicated:

<u>Contract\Lease Party</u>                  <u>Description of Contract or Lease</u>             <u>Assume or Reject?</u>
**-NONE-**

6. Other proposed provisions are as follows:
   **a. Debtor(s) shall make direct Plan payments.**
   **b. Co-debtor shall continue direct payments to Wells Fargo Dealer Services on claim secured by 2007 Mitsubishi.**

| | |
|---|---|
| Date: 01/23/2015 | /s/ Wendell "Wes" Schollander, III |
| | **Wendell "Wes" Schollander, III NC28062** |
| | Attorney for the Debtor |
| | Address: **2000 W. First Street, Suite 308** |
| | **Winston-Salem, NC 27104** |
| | Telephone: **336-727-0900** |
| | State Bar No. **NC28062** |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re:

    **William Davis Taylor, Jr.**
    **Bonnie Kay Norman Taylor**

SS#    **xxx-xx-2580**
SS#    **xxx-xx-7973**

Debtor(s)

NOTICE TO CREDITORS
AND
PROPOSED PLAN

Case No. _____

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Notice to Creditors and Proposed Plan was served by first class mail, postage prepaid, to the following parties at their respective addresses:

**Kathryn L. Bringle**
**Chapter 13 Trustee**
**Winston-Salem Division**
**Post Office Box 2115**
**Winston-Salem, NC 27102-2115**

**Ally Financial**
**c/o Ally Servicing LLC**
**PO Box 130424**
**Saint Paul, MN 55113**

**BB&T**
**PO Box 1847**
**Wilson, NC 27894**

**Belk/SYNCB**
**Bankruptcy Notice**
**PO Box 965060**
**Orlando, FL 32896-5060**

**Branch Banking & Trust Co.**
**PO Box 1847**
**Wilson, NC 27894**

**Chase**
**PO Box 15298**
**Wilmington, DE 19850**

**Comenity Bank/Catherines**
**Bankruptcy Dept.**
**PO Box 182125**
**Columbus, OH 43218-2125**

**Comenity Bank/Gander Mtn**
**Bankruptcy Dept.**
**PO Box 182125**
**Columbus, OH 43218-2125**

**Comenity Bank/Torrid**
**Bankruptcy Dept.**
**PO Box 182125**
**Columbus, OH 43218-2125**

**Comenity Bank/Victorias Secret**
**Bankruptcy Dept.**
**PO Box 182125**
**Columbus, OH 43218-2125**

**Forsyth County Tax Collector**
**P.O. Box 82**
**Winston Salem, NC 27102**

**Forsyth Medical Center**
**Novant Health Inc.**
**P.O. Box 11549**
**Winston Salem, NC 27116**

**Helzberg/Capital One Retail Svcs**
**PO Box 5893**
**Carol Stream, IL 60197-5893**

**Internal Revenue Service**
**Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

**JC Penney/SYNCB**
**Bankruptcy Notice**
**PO Box 965008**
**Orlando, FL 32896-5008**

**Kohl's/Capital One NA**
**Attn: Bankruptcy**
**P.O. Box 3043**
**Milwaukee, WI 53201**

**Lowe's/Synchrony Bank**
**Bankruptcy Notice**
**PO Box 965060**
**Orlando, FL 32896-5060**

**Macy's/Dept. Stores Nat'l Bank**
**Bankruptcy Notice**
**PO Box 8053**
**Mason, OH 45040**

**Medical Park Hospital**
**Novant Health Inc.**
**PO Box 11549**
**Winston Salem, NC 27116**

**NC Dept. of Revenue**
**Bankruptcy Unit**
**P.O. Box 1168**
**Raleigh, NC 27640**

**Sears/Citibank**
**PO Box 6282**
**Sioux Falls, SD 57117**

**Wells Fargo Dealer Services**
**aka Wells Fargo Bank NA**
**PO Box 19657**
**Irvine, CA 92623-9657**

Date:   01/23/2015             /s/ Wendell "Wes" Schollander, III
                               **Wendell "Wes" Schollander, III NC28062**